UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARREN A. NELSON,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 25-cv-10699-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Warren A. Nelson complains of events occurring at Mule Creek State Prison, which lies within the Eastern District of California.  (Compl., Dkt. No. 1 at 1-2.)  Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  January 21, 2026

_____
WILLIAM H. ORRICK
United States District Judge